UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re ELLEN K. MADY            Case No. 05-44011
                               Chapter 7
      Debtor.          Hon. Marci B. McIvor
_____/

ROBERT D. HANDELSMAN, PhD PLLC,
EMPLOYEES RETIREMENT SAVINGS PLAN
& TRUST, a Michigan trust, ROBERT D.
HANDELSMAN and MAURINE HANDELSMAN,
individually and on behalf of their minor son,
DYLAN HANDELSMAN,

      Plaintiffs,

v.                             Adv. Pro. No. 05-5218

ELLEN K. MADY,
      Defendant.
_____/

## ORDER

This matter was tried before the Court on May 3 and May 5, 2006. For the reasons stated in an Opinion issued with this Order, the debt owed to Plaintiffs (arising from special guaranties signed by Defendant) in the amount of $2,337,369.94 is hereby held non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(B). Plaintiffs' claims under 11 U.S.C. § 523(a)(2)(A) and § 727(a)(5) are dismissed.

**Entered: June 07, 2006**

                                                    **/s/ Marci B. McIvor**
                                                    **Marci B. McIvor**
                                                    **United States Bankruptcy Judge**